UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**SHAMEEK HARRISON,**

                **Plaintiff,**

   v.                                              **9:06-CV-455 (TJM/GJD)**

**SERGEANT DEVLIN,** *et al.***,**

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

     This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Gustave J. Di Bianco, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). The Report-Recommendation dated May 14, 2009 recommended that Defendant Bracey's motion for summary judgment (dkt. # 57) be granted, and the Complaint dismissed as against this defendant. No objections to the Report- Recommendation have been filed and the time to do so has expired.

     After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

     It is therefore,

1

**ORDERED** that Defendant Bracey's motion for summary judgment (dkt. # 57) is **GRANTED**, and the Complaint is **DISMISSED as against Defendant Bracey.**

**DATED:** June 18, 2009

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge